

**Jonathan M. Bernstein | Partner**
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

February 3, 2014

**VIA ECF**

Hon. Frederick J. Scullin, Jr.
James Hanley Federal Building
U.S. Courthouse
100 S. Clinton Street
PO Box 7255
Syracuse, NY 13261-7255

    Re:    Slolely v. City of Hudson
           Case No.: 12-cv-01751
           Our File No.: 11040.0127

Dear Judge Scullin:

    Goldberg Segalla, LLP, represents the defendants in the above-referenced matter. Attached is a stipulation of discontinuance signed by the attorneys of record. Plaintiff has agreed to discontinue this matter. It is respectfully requested that the Court sign the stipulation.

           Respectfully submitted,

           Jonathan M. Bernstein

JMB:cal
Enclosure
cc:    James B. LeBow, Esq.
       Lebow & Associates, PLLC
       570 Lexington Avenue, 16th Floor
       New York, NY 10022

8 Southwoods Boulevard, Suite 300 | Albany, New York 12211-2364 | 518.463.5400 | Fax 518.463.5420 | www.GoldbergSegalla.com
New York | London | Philadelphia | Princeton | Hartford | Buffalo | Rochester | Syracuse | Albany | White Plains | Garden City 2677407v1