UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIMILIAN SLOLEY, | STIPULATION OF DISCONTINUANCE |
| Plaintiff, | |
| -against- | Case No.: 12-cv-01751 |
| CHRISTOPHER FILLI, in his individual capacity, JASON FUNK in his individual capacity, RICHARD PAOLINO, in his individual capacity, and THE CITY OF HUDSON, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and on the merits, without costs to any party as against any other.

JAMES B. LeBOW, ESQ.

By: James B. LeBow, Esq.
Bar Roll No.: JL4535
LeBow & Associates, PLLC
Attorneys for Plaintiff
570 Lexington Avenue, 16th Floor
New York, NY 10022

GOLDBERG SEGALLA, LLP

Jonathan M. Bernstein, Esq.
Bar Roll No.: 512457
Goldberg Segalla, LLP
Attorneys for Defendants
8 Southwoods Blvd.
Suite 300
Albany, NY 12211

SO ORDERED! _____   Dated: February 4, 2014
Hon. Frederick J. Scullin, Jr.

2668837v1